Order issued December 22, 2011

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 2 2 2011

CHRISTOPHER A. PRINE
CLERK



In The

*Court of Appeals*

For The

*First District of Texas*

## NO. 01-11-00674-CV

## WARREN ALDOUS, Appellant

## V.

## ERIC BRUSS, Appellee

## On Appeal from 405th District Court
## Galveston County, Texas
## Trial Court Cause No. 09CV0104

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the

Fourteenth District of Texas: Warren L. Aldous v Eric Bruss, No. 14-10-00539-CV. Pursuant to

this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this

Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record,

if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and

opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/Chief Justice Sherry Radack
Chief Justice Sherry Radack
Acting Individually